COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number: 01-15-01005-CV

Style: Henry Rawson, Jr. and Susan Rawson v. Oxea Corporation, Dashiell
Corporation, and Mundy Maintenance and Services, LLC

Date motion filed*: January 15, 2016

Type of motion: Agreed Motion to Extend Deadline for Court-Ordered Mediation

Parties filing motion: Appellants and Appellees

Document to be filed: Mediation Status Report (to be filed 2 days after mediation)

Is appeal accelerated? No.

If motion to extend time:

Original due date: February 18, 2016 (mediation status report)

Number of extensions granted: 0 Current Due Date: February 18, 2016

Date Requested: March 11, 2016 (23 days from deadline)

Ordered that motion is:

☑ Granted

If document is to be filed, document due: March 11, 2016.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Pursuant to this Court's December 31, 2015 Memorandum Order of Referral to Mediation, mediation is to be conducted within 45 days from the date of that Order, or by February 16, 2016, with a mediation status report due to be filed within 2 days of mediation. *See* TEX. R. APP. P. 4.1(a). Accordingly, because appellants' motion to extend the deadline for court-ordered mediation is agreed and seeks until March 9, 2016 to conduct the mediation, which is the first available date for their chosen mediator, the motion is **granted**, and the mediation status report is to be filed by **March 11, 2016**. *See id.* 10.3(a)(2).

Judge's signature: /s/ Laura C. Higley

☑ Acting individually ☐ Acting for the Court

Date: January 28, 2016

November 7, 2008 Revision